**L.B.F. 3015-6A**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        **Chapter** 13

    GURNAM S. MAVI and AMRIKA K. MAVI  :

          **Debtor(s)**                :        **Bky. No.** 18-17819

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

        I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**

_____
[name]
Attorney for Debtor(s)

**Date:** 4.29.19

_____
[name]
Debtor   GURNAM S. MAVI

**Date:** 4.29.19

_____
[name]
Debtor   AMRIKA K. MAVI

-19-