**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-17819** |
| **Gurnam S. Mavi** : | **Chapter 13** |
| **Amrik K. Mavi** : | **Judge Eric L. Frank** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |

**OBJECTION OF PNC BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF**
**THE AMENDED PLAN (DOCKET NUMBER 26)**

PNC Bank, National Association ("Creditor") by and through its undersigned counsel,

objects to the confirmation of the currently proposed Second Amended Chapter 13 Plan ("Plan")

filed by Gurnam S. Mavi and Amrik K. Mavi (collectively, "Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property

   commonly known as 1948 Cabernet Pl., Easton, PA 18045-5403 ("Property").

2. Creditor has filed Proof of Claim number 11 in the amount of $33,986.53 as a total debt

   claim.

3. Debtor's Plan treats Creditor's secured claim as long term debt that will survive discharge.

   However, the subject loan will mature on November 15, 2023.

4. Pursuant to 11 U.S.C. §1322(c)(2), Debtor's Plan should therefore provide for payment in

   full of Creditor's claim.  Failure to do so will result in immediate default upon completion

   of the Plan.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the

Debtor's currently proposed Amended Plan.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)

19-000140_JDD1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-000140_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-17819** |
| **Gurnam S. Mavi** | : **Chapter 13** |
| **Amrik K. Mavi** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of PNC Bank,

National Association to the Confirmation of the Amended Plan was served on the parties listed

below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
Philadelphia, PA 19107

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading,
PA  19606

Scott M. Wilhelm, Attorney for Gurnam S. Mavi and Amrik K. Mavi, P.O. Box 800, 305
Roseberry Street, Phillipsburg, NJ  08865, maddid@wwgrlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July _24_, 2019:


Gurnam S. Mavi and Amrik K. Mavi, 1948 Cabernet Place, Easton, PA  18045

Gurnam S. Mavi and Amrik K. Mavi, 1948 Cabernet Pl, Easton, PA 18045-5403

Bank of America, P.O. Box 31785, Tampa, FL  33631


DATE: __July 24, 2019__

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

19-000140_JDD1

Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-000140_JDD1