UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

GURNAM S   MAVI
AMRIK K   MAVI
                                                                    : Bankruptcy No. 18-17819 ELF
           Debtor(s)                                                : Chapter 13

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further **ORDERED** that any wage orders entered are **VACATED**.

Date:  10/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**