```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                           Case No. 18-17819-elf
Gurnam S. Mavi                                                   Chapter 13
Amrik K. Mavi
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Stacey              Page 1 of 2          Date Rcvd: Oct 28, 2019
                             Form ID: pdf900           Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db             +Gurnam S. Mavi,    1948 Cabernet Place,    Bethlehem Township, PA 18045-5403
db             +Gurnam S. Mavi,    MAILING ADDRESS,    1948 Cabernet Place,    Easton, PA 18045-5403
jdb            +Amrik K. Mavi,    1948 Cabernet Place,    Bethlehem Township, PA 18045-5403
jdb            +Amrik K. Mavi,    MAILING ADDRESS,    1948 Cabernet Place,    Easton, PA 18045-5403
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14267779       +305 Roseberry Street,    305 Roseberry Street,    Phillipsburg, NJ 08865-1600
14236687       +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
14262970        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14236688      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886)
14236689       +Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
14265987        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14261206       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14266297       +Bank of America, N.A.,    c/o Rebecca Ann Solarz,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14236699      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Sears,    P.O. Box 78051,    Phoenix, AZ 78051)
14236690       +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
14264065       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14236691       +Citi Bank,    P.O. Box 9001037,    Louisville, KY 40290-1037
14269577       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14236692       +Dental Health Associates, P.A.,    320 South Main Street,    Phillipsburg, NJ 08865-2859
14236694       +Financial Resources Federal Credit Union,    P.O. Box 31112,    Tampa, FL 33631-3112
14236697       +PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
14257480       +PNC Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14265338       +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
14236696      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Lexus Financial Services,     P.O. Box 5855,    Carol Stream, IL 60197)
14236700       +The Home Depot,    P.O. Box 9001010,    Louisville, KY 40290-1010
14262229       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14262639       +Toyota Motor Credit Corporation c/o Rebecca A. Sol,    701 Market Street,    Suite 50000,
                 Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 03:12:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 29 2019 03:12:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14253316        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 29 2019 03:12:50
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14236693       +E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:12:33      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
14250751       +E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:12:33      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14266353        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 03:10:08      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14236698       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 03:10:04      Sam’s Club Credit,
                 P.O. Box 530942,    Atlanta, GA 30353-0942
14237686       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 03:08:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14236695*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,     P.O. Box 65507,    Wilmington, DE 19808)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: Stacey              Page 2 of 2              Date Rcvd: Oct 28, 2019
                              Form ID: pdf900           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
        KARINA   VELTER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        SCOTT M. WILHELM    on behalf of Debtor Gurnam S. Mavi maddid@wwgrlaw.com,
         G27019@notify.cincompass.com
        SCOTT M. WILHELM    on behalf of Joint Debtor Amrik K. Mavi maddid@wwgrlaw.com,
         G27019@notify.cincompass.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfmail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com

                                                                                     TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

GURNAM S  MAVI
AMRIK K   MAVI

                                                       : Bankruptcy No. 18-17819 ELF
          Debtor(s)                     : Chapter 13

## O R D E R

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further **ORDERED** that any wage orders entered are **VACATED**.

Date:  10/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**